# ORIGINAL

CLERK'S OFFICE
Atlanta

JAN -8 2003

CLERK
By: _C.L. Crocker_
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM WORTHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:00-CV-1717-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., | ) | |
| TURNER SPORTS, INC., and | ) | |
| TURNER BROADCASTING SYSTEM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF FILING APPENDIX

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") hereby serve notice that they are filing herewith in the above-captioned case an Appendix containing copies of relevant deposition testimony and exhibit documents in support of Defendants' Motion for Summary Judgment filed with this Court.

100

This 8th day of January, 2003.

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM WORTHEN,                          )
                                          )
                    Plaintiff,            )
                                          )        CIVIL ACTION FILE
v.                                        )
                                          )        NO. 1:00-CV-1717-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and                  )
TURNER BROADCASTING SYSTEM, INC.          )
                                          )
                    Defendants.           )

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of
*DEFENDANTS' NOTICE OF FILING APPENDIX* upon the interested
parties by hand delivery to:

                    Cary Ichter
                    Kelly Jean Beard
                    Charles Gernazian
                    Michelle M. Rothenberg-Williams
                    MEADOWS, ICHTER AND BOWERS, P.C.
                    Fourteen Piedmont Center, Suite 1100
                    3535 Piedmont Road
                    Atlanta, GA  30305

This 8th day of January, 2003.

_Evan H. Pontz_
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 08 2003

LUTHER D. THOMAS, Clerk
By: _____
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM WORTHEN,                          )
                                          )
                    Plaintiff,            )
                                          )      CIVIL ACTION FILE
v.                                        )
                                          )      NO. 1:00-CV-1717-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and                  )
TURNER BROADCASTING SYSTEM, INC.          )
                                          )
                    Defendants.           )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

100

## INDEX

1.   Deposition of Joseph N. Hamilton

2.   Deposition of Gary M. Juster

3.   Deposition of Paul Orndorff

4.   Deposition of Willie J. Worthen



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

Page 1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3   Walker v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No.  100-CV-0367-CC
4   Onoo v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0368-CC
5   Norris v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0369-CC
6   Easterling v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-1715-CC
7   Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1716-CC
8   Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1717-C
9   Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1718-CC
10  Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
11  Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1720-CC
12  Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.,
13  Civ. File No. 1:01-CV-1152-CC

14  _____

         DEPOSITION OF JOSEPH N. HAMILTON
15                 MARCH 22, 2002
                     1:30 P.M.
16  _____

17                                           COPY

18

19

20   Premier

21

22

23

24

25          CERTIFIED COURT REPORTERS

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                      404-237-1990
                      800-317-5773

```
1    Willy Worthen against Palumbo?

2         Q    Yes, sir.

3         A    I think I -- I got to give Palumbo the

4    edge, but I -- I really -- I really liked some of the

5    things that -- that Willy used to do in the ring.  And

6    if Willy would have been a little more serious about

7    it and -- and dedicated himself to -- excuse me -- to

8    being at the gym as much as Palumbo and those guys, he

9    would have probably ended up being better than they

10   were.  But he wasn't -- he wasn't there nearly as

11   often to -- to work out and to learn as a lot of the

12   guys you just mentioned.

13        Q    Okay.  How about Brett Hammer [sic]?  How

14   would you compare Willy Worthen with Brett Hammer

15   [sic]?

16        A    He was -- he was considerably ahead of

17   him.

18        Q    Who was ahead of who?

19        A    Willy was considerably ahead of Brett

20   Hamner.

21        Q    Okay.  Did Hamner ever get a contract?

22        A    I don't know.

23        Q    Okay.  Did you push Willy Worthen to

24   any -- any of the --

25        A    Same people.
```



# EXHIBIT / ATTACHMENT

## 2

(To be scanned in place of tab)

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION

3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO.  1:00-CV-1716-CC;
4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and
    TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10  NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11  WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12  PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC. and TURNER ENTERTAINMENT GROUP, INC.,
13  CIV. FILE NO. 1:01-CV-1152-CC;

14  _____

            DEPOSITION OF GARY M. JUSTER
15                  MAY 22, 2002
                   10:00 A.M.
16  _____

17                                      COPY

18

19

20

21

22

23

24

25              CERTIFIED COURT REPORTERS

1    business.

2         A    Yes.

3         Q    Okay.  And would you say more or less than

4    50 percent of the wrestlers who were given contracts

5    after the Power Plant came into being came from the

6    Power Plant?

7              MR. RICHARDSON:  Objection to the form.

8    Calls for speculation.  You can answer if you know.

9         A    I don't know for sure.

10        Q    Okay.  Okay.  Do you have any idea, when

11   you say that those potential wrestlers, their ability

12   was evaluated, what is involved in -- what makes up

13   deciding whether someone has a lot of ability or not a

14   lot of ability?

15        A    Performance in the ring, ability to work

16   with other performers, ability to work the crowd,

17   ability to work on the microphone, charisma.

18        Q    Anything else?

19        A    That's probably all.

20        Q    Okay.  Did athletic ability have anything

21   to do with it?

22        A    As I say, performance in the ring.

23        Q    Okay.

24        A    That's athletic ability.  Matters a great

25   deal.

Page 36

```
 1        Q      Matters a great deal?

 2        A      Yes.  It matters a great deal.

 3        Q      Okay.  More or less than the other factors

 4   you mentioned?

 5        A      A successful wrestler is a component of

 6   many things.  They vary by degree depending on the

 7   wrestler.  There's also much of the intangible

 8   involved.  It's akin to a musical performer.  There

 9   are plenty of people with good voices.  There are

10   plenty of people who play instruments very well.

11   There are plenty of people who interact with their

12   fans very well.  There are only a few stars.  There's

13   an intangible there that makes a star, and some people

14   have that gift and some don't.

15        Q      Okay.  And it was primarily the booking

16   committee that decided whether they thought someone

17   had that gift or not?

18               MR. RICHARDSON:  I object to the form.  I

19   think that misstates his testimony.

20               MS. ROTHENBERG-WILLIAMS:  I'm asking a new

21   question.

22               MR. RICHARDSON:  Oh, a new question.

23   Okay.

24   BY MS. ROTHENBERG-WILLIAMS:

25        Q      Was it primarily the booking committee
```



# EXHIBIT / ATTACHMENT

## 3

(To be scanned in place of tab)

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3   Davis v. World Championship Wrestling, Inc. and Turner
          Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
4   Saengsiphan v. World Championship Wrestling, Inc. and
          Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
5   Speight v. World Championship Wrestling, Inc. and Turner
          Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
6   Worthen v. World Championship Wrestling, Inc. and Turner
          Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
7   Reeves v. World Championship Wrestling, Inc. and Turner
          Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
8   Easterling v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
9   Onoo v. World Championship Wrestling, Inc., and Turner
          Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
10  Norris v. World Championship Wrestling, Inc., and Turner
          Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
11  Walker v. World Championship Wrestling, Inc., and Turner
          Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
12  Patterson v. World Championship Wrestling, Inc., Turner
          Sports, Inc. and Turner Entertainment Group, Inc.,
13        Civ. File No. 1:01-CV-1152-CC

14

15

16  _____

17              DEPOSITION OF PAUL ORNDORFF
                      MAY 7, 2002
18                    10:00 A.M.

19  _____

20

21

22

23

24

25          CERTIFIED COURT REPORTERS

he Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 75

1      Q      And are you familiar with the word "squash

2  matches"?

3      A      Yes.

4      Q      And would you agree with me that Harrison

5  participated in some squash matches?

6      A      Oh, yeah.  So did I when I started.

7      Q      That's fine.  But let's talk about Hardbody

8  for now, Hardbody Norris.  They would put him in the

9  ring and the other person --

10     A      Not all the time, no.  Not all the time.

11     Q      Let me ask the question.

12     A      Okay.

13     Q      So the person would prevail over him, is

14  when you would get him when you said put someone over?

15     A      Yes, yes.

16     Q      So in other words, when you say put someone

17  over, you are going to put a wrestler in the ring, the

18  other person is going to prevail, and the other wrestler

19  is going to get the attention and the limelight?

20     A      Yes.

21     Q      Okay.  Do you remember any time in which

22  Hardbody was put into a televised event when he wasn't

23  put in the role of being beaten by someone else?

24     A      Well, I wasn't on TV.  I wasn't doing

25  the TV's and stuff back then and I wasn't on the



# EXHIBIT / ATTACHMENT

## 4

(To be scanned in place of tab)

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
          TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10  NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11  WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12  PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13        CIV. FILE NO. 1:00-CV-1152-CC;

14

15

16  _____

17          VIDEO DEPOSITION OF WILLIE J. WORTHEN
                    MARCH 18, 2002
18                   10:10 A.M.

19  _____

20

21  

22

23

24

25              CERTIFIED COURT REPORTERS

he Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-3773

Page 13

1          A       I was a prison guard.

2          Q       And what did you do after the Georgia

3     Department of Corrections?

4          A       That brings us here.

5          Q       That brings us to WCW?

6          A       WCW.

7          Q       Okay.   When did you first become involved

8     with professional wrestling?

9          A       '96.

10         Q       And how did you first become involved?

11         A       I saw an advertisement on television in 1996

12    on The Today Show with Katie Couric and Bryant Gumble,

13    although they wasn't doing the advertisement, well, doing

14    the segment on the Power Plant.  I think the gentleman that

15    was doing the segment, he's now with CNBC.

16              Furthermore, I have a very good friend of

17    mine, a white friend, he was in the Olympics, the one

18    Olympics, the Olympic bobsled team.  He had asked me before

19    he went to the Olympics about getting into wrestling, and I

20    kind of brushed him off.

21              So when he went to the Olympics, TNT was

22    covering the Olympics, and he was, he got on to talking

23    like he was trying to become, and advertising himself as

24    becoming a professional wrestler.  That's what he wanted to

25    do.

Page 14

1              In turn, Ric Flair, who I think was on the

2    booking committee at the time, faxed him a lot of

3    information over to, I think, Nagano, Japan where the

4    Olympics were held.  And it basically stated, if he was

5    serious about becoming a professional wrestler, when he

6    gets back to Macon, Georgia, give him a call.

7              So when he got back, he called Ric Flair, he

8    came up, and shortly thereafter, he got a job.  I would say

9    within six months to a year after that, I inquired him

10   about it, and he basically told me that they have tryouts

11   every month, you know, and call the Power Plant and get all

12   the information you need and you can go from there.

13       Q    What was the name of the person that you

14   spoke to who became, who tried out before you did, this

15   person you --

16       A    Well, that's a good friend of mine, Chip

17   Minton.

18       Q    Chip Minton.  Where is Chip Minton now?

19       A    Chip lives in Macon, Georgia.

20       Q    Is he currently a professional wrestler?

21       A    No.

22       Q    So how did you make your first contact with

23   WCW regarding a tryout?

24       A    I called the Power Plant.  I spoke with Mike

25   Wenners (sic), who's an instructor there.  He stated to me

Page 15

1   that there is a three-day tryout, $250, and if they made --

2   if you made it through the tryouts and we thought you was

3   good enough to be a WCW superstar, we would invite you back

4   for a fee of $3,000, and we would train you for six months

5   or for ever how long it took.

6          Q     And when did you speak with Mike Wenners?

7          A     I can't give you an exact date, but it was

8   around the spring of '96.

9          MR. RICHARDSON:  Let's mark this, please.

10                            (Whereupon, the court reporter

11                            marked Defendant's Exhibit 1

12                            for identification.)

13  BY MR. RICHARDSON:

14         Q     Mr. Worthen, I ask you to take a look at

15  what's been marked as Exhibit 1.  It's a four-page

16  collection of documents.  Tell me if you recognize these

17  documents.

18         A     I recognize them.

19         Q     Where did you get the documents?

20               Are these, first of all, let me ask you, are

21  these documents that you received and filled out in

22  connection with a tryout for World Championship Wrestling?

23         A     This last document, I did sign it, but this

24  first document, that's not my writing at the top.  Now, I

25  don't know who filled that out, but that's not my writing.

Page 20

1        A        He's not my physician, but he's a physician

2    that I went to to get cleared medically to go through the

3    tryouts.  I think this is for the Ultimate Warrior school.

4    Or perhaps it may be for the WCW.  I'm not sure.  But we

5    had to get medical clearance from a doctor before you could

6    attend the tryouts.

7        Q        Did you provide this to WCW in connection

8    with your tryout application?

9        A        I know I provided this to the Ultimate

10   Warrior school, but I'm not sure for WCW.  I may have.  I'm

11   not sure.

12       Q        Do you recall any other documents that you

13   filled out or signed in connection with your WCW tryout?

14       A        I don't recall.

15       Q        How long was the tryout?

16       A        Three days.

17       Q        How many hours each day?

18       A        The tryouts started right about 10:00 and

19   was over, like, 4:00 or 5:00-ish.

20       Q        What were you asked to do at the tryouts?

21       A        We was asked to squat, do regular body

22   squats.  That's the first thing we did, pretty much all

23   day.  Push-ups, sit-ups.  He took us outside.  We ran

24   forward, ran backwards, ran sideways.  We did what they

25   call running the gauntlet.

Page 21

1          Q         What is running the gauntlet?

2          A         In the Power Plant, they have four rings,

3     three rings one aisle, one on the other.  What you do is

4     climb up in the ring, you run to the ropes, hit the ropes,

5     come back and hit the other ropes, turn a flip in the

6     middle of the ring and land on your back.  And you

7     simultaneously (sic) do that in all three rings, other

8     rings, it was total of four rings, until he told you to

9     stop.

10         Q         Who was conducting the tryout?

11         A         All three trainers.

12         Q         And who are they?

13         A         Mike Wenners, Sergeant Buddy Lee Parker, Pez

14    Whatley.

15         Q         When you tried out, how many other

16    applicants were there --

17         A         18.

18         Q         -- were there?

19         A         If I'm not mistaken, it was about 18.

20         Q         How many of those 18 were African American?

21         A         I'm not sure.

22         Q         Do you think there was another Afri -- other

23    African American there besides you?

24         A         I know there was other African Americans,

25    but I'm not sure as far as the number.

Page 22

```
 1        Q       Okay.  Do you know the names of any other

 2   African Americans who were there?

 3        A       No.

 4        Q       Do you know if any of them were invited to

 5   become a trainee?

 6        A       Yes.

 7        Q       Was there at least one that was invited to

 8   become a trainee other than you?

 9        A       There was two that made it completely

10   through the tryouts.  They didn't quit.

11        Q       If someone, is it your understanding that,

12   if someone made it through the tryouts without quitting,

13   they would be invited to be a trainee?

14        A       That's not my understanding.

15        Q       Okay.  So just so I'm clear, I'm just

16   slightly confused, the other two African Americans, they

17   com -- they made it through the tryouts, but were they

18   invited back?

19        A       Excuse me.  It was two African Americans

20   that made it, myself and another guy.

21        Q       Okay.

22        A       Okay.  Now, whether he was invited back I

23   don't know.

24        Q       Okay.

25        A       I do -- all I know about is me --
```

Page 23

1      Q      Right.

2      A      -- about is me, I'm sorry.

3      Q      Okay.  Who invited you to become a trainee?

4      A      Simultaneously, it was like, Jody Hamilton

5   ran the school.  They took me into the office, Buddy Lee

6   Parker, Pez and Mike Wenners took me into Jody's office.

7   Okay.  Jody was conducting the session.

8               He basically stated that, you know, they

9   liked what they saw out there.  I was very disciplined,

10  didn't have anything to say, and I live sort of close to

11  the Power Plant, and they would like to have me back if I

12  wanted to.

13     Q      And that was, and they told you that before

14  you left the tryout?

15     A      That's what they -- yes.  After the tryout

16  was over on the third day, that's what they told me.

17     Q      Do you know who made the decision to invite

18  you to come back?

19     A      I'm not sure.

20     Q      And what was your response?

21     A      I was excited to make it, because Mike

22  Wenners stated that there was an 85 percent dropout rate of

23  all the people that come through there, through the school,

24  that don't make it through the tryouts.  So having done

25  that, I felt like that I at least had a good possibility of

Page 25

1     beginning.   They required $1,000 down and, like, $400 a

2     month.

3             Q       So you put the $1,000 down?

4             A       You had to put the $1,000 down from day one

5     that you return to the school.

6             Q       When did you actually start training at the

7     Power Plant?

8             A       If I'm not mistaken, I think it was in

9     October.  As I look back at my money orders, the date I

10    dated it, from day one I think it was in October, around

11    October of '96.

12            Q       Tell me what happened the first, your first

13    day that you arrived there.

14            A       The first day I arrived there, I went up

15    front.  Brenda Woods, I think, or I'm not sure of her last

16    name, she was a secretary, I gave her the money orders.

17    Then she took me back to, I think, Mike Wenners or either

18    Sarge.

19                    Sarge, "Oh, you back?"  And he put me on

20    what we call the step-ups.  It's a dip bar that you just

21    step up and down, step up and down until he told me to

22    stop.

23            Q       What other things did you do the first day?

24            A       He had me to run around the rings outside on

25    the floor, just all the way around, like, the inside the

1    matches that was around.  Sometimes Kevin Sullivan.  Arn

2    Anderson also.

3         Q       Are there other times that you received

4    feedback about your skills --

5         A       Yes.

6         Q       -- how you were progressing?

7         A       I wrestled a match again in Orlando, Florida

8    against Rick Fuller.  Before the match, when Arn Anderson

9    was giving me the -- giving both of us the instructions, he

10   stated to me, "Big guy, you been having some good matches

11   out here.  I need you to put this guy over."  He stated,

12   further stated to Rick Fuller, "You do some kind of funky

13   finish?  I want you to do that in the match."

14        Q       Now, who it was that said that?  This was

15   the --

16        A       This is Arn Anderson.

17        Q       This is Arn.

18        A       He was on the booking committee at that

19   time.

20        Q       Anything else?

21        A       Sergeant Buddy Lee Parker again, one, late

22   one Friday night after they cancelled the last Disney trip,

23   and I think I had stayed away from the school probably

24   three or four weeks, Buddy Lee Parker stated, he said,

25   "Willie," said, "I haven't heard from you.  Have any of the

1     Q      Right.  And after Buddy Lee Parker asked you

2  to come back, did you come back?

3     A      Yes.

4     Q      Any other times you recall where you were

5  absent or away from the Power Plant for a period of time?

6     A      No.

7     Q      Why did you stay away for three or four

8  weeks after the Disney trip was cancelled?

9     A      I was broker than broke.  I had been dry

10 for, like, two years, every day round trip 228 miles to and

11 from Atlanta.  I had exhausted all my funds.  The little --

12 they was paying me, I think, $200 a match, I think,

13 something like that.

14            So that six or eight hundred dollars I made,

15 I think, in three or four Disney trips, that was just a

16 little money try to help me come out the deep hole I had

17 dug for myself.

18     Q      So during this three or four weeks you

19 were, did you have any other employment?

20     A      Yeah.  I had got a job.

21     Q      And what were you doing during that time

22 period?

23     A      I think my first job during my tenure with

24 the Power Plant was, it was a security job.

25     Q      And how long did you work the security job?

Page 39

1      A      I worked that one for about ten months.

2      Q      Was that in Milledgeville?

3      A      No.  That was in, that one is in Macon.

4      Q      That was in Macon.  Who did you work for?

5      A      It was Security Forces.

6      Q      And how many hours a week were you working

7   during that ten-month stint?

8      A      I was working 40 hours.

9      Q      And you, and so you were working 40 hours

10  while you were training five days a week at the Power

11  Plant?

12     A      Let me correct this.  I worked in the

13  afternoons from, like, 3:00 to 11:00.  I attended the Power

14  Plant in the mornings.  This was after I had been at the

15  school, like, two years.

16     Q      Okay.  So am I correct that, the first

17  approximately two years you were at the Power Plant, you

18  trained full-time?

19     A      That's correct.

20     Q      And then after about two years, you trained

21  in the mornings and you worked another job in the

22  afternoons?

23     A      Yes.

24     Q      Yes.  Thank you.  After that security job,

25  did you have any other jobs that you were working while you

Page 40

1    were training at the Power Plant?

2         A    I left that security job after ten months

3    and I got a job with FedEx.

4         Q    Where was that job?

5         A    That's in Macon.

6         Q    And for how long did you have that job at

7    FedEx?

8         A    Still with them.

9         Q    When you started, how many hours were you

10   working?

11        A    It's a part-time job.  About -- they only

12   guarantee you 17 to 20 hours a week.

13        Q    And that's approximately the hours that you

14   worked?

15        A    Sometimes less, yes.

16        Q    Sometimes less.  Was that also in the

17   afternoon?

18        A    No.  That was in the mornings.

19        Q    Now, when you took the job at FedEx, when

20   did you -- did you continue to train at the Power Plant?

21        A    I think, when I took the job at FedEx, if

22   I'm not mistaken, this was around the time when they was

23   getting ready to move the school and they'd already

24   stated -- well, the rumors were that, if you're not on

25   contract, you're not going to be allowed in the new school.

Page 41

1              And they had two tryouts matches set up for

2    to look at new talent.  So that's when I took the job.  I

3    don't know the dates on it.  And I'm sorry I don't know the

4    dates.

5         Q    So after you took the job, did you stop

6    training at the Power Plant?

7         A    I think I was coming then, like, at that

8    time, about -- on Mondays.  Every Monday, I would come then

9    at that time.

10        Q    For all day or just part of the day?

11        A    All day.

12        Q    So just so I can place this in time, the

13   time that you were away for three to four weeks, when you

14   decided to come back after you had spoken to Sarge --

15        A    Right.

16        Q    -- at the point in time that you came back,

17   that was when you were still working the security job?

18        A    I'm not sure.  I'm not sure.  I was working

19   one -- I was working a job.

20        Q    But when you came back, you didn't come back

21   full-time?

22        A    I couldn't.  No.

23        MR. RICHARDSON:  Want to take five?

24        MS. ROTHENBERG:  Sure.

25        MR. RICHARDSON:  Let's take a short break.

Page 43

```
 1          Q      Okay.  Now, while you were training at the

 2    Power Plant, I think you said when, at least when you

 3    initially started training, the schedule was 10:00 to

 4    4:00.  Who -- is that right?

 5          A      That's right.

 6          Q      When you started training?

 7          A      Uh-huh.

 8          Q      Who set the schedule?

 9          A      All the instructors.  The instructors stated

10    that you can't learn wrestling if you come in one or two

11    days a week.  You need to be out here every day all day.

12          Q      What happened if someone didn't come every

13    day all day?

14          A      I don't know.  But it was a lot of -- it was

15    happening a lot.

16          Q      There were a number of wrestlers who weren't

17    coming every day?

18          A      There was a number of white wrestlers that

19    wouldn't come in at all.  But as far as the discipline

20    measure, I have no idea what happened to them, if anything

21    was said to them.  And I don't want to speculate.

22          Q      How about any black wrestlers, were there

23    black wrestlers who weren't adhering to the schedule?

24          A      I was there every day.  I saw Harrison.  I

25    saw Tony Carr.  As far as Darron Easterling and Elix
```

Page 44

1    Skipper, those, the likes, they came later on when I --

2    later on down the road.  And as far as I know, they was

3    coming every day.

4         Q     Do you know of any wrestler who was

5    disciplined or spoken to about not keeping on schedule?

6         A     They didn't discipline anybody, if they did,

7    in front of the wrestlers anyway.  No, I don't know.

8         Q     Okay.  Did you ever miss any days for --

9    because you were ill?

10        A     I got hurt down there, and I had to miss

11   some days at that time.

12        Q     And --

13        A     Other than that, I didn't miss any days.

14        Q     How many days did you miss being injured?

15        A     I'm not sure.  I couldn't go back until the

16   doctors released me.  It may have been a week, because he

17   took the stitches out after a week.  So.

18        Q     When you didn't come in, was there anyone

19   that you called or reported that you weren't able to come

20   in?

21        A     Well, I got hurt in the Power Plant, so they

22   knew what it was.  I went to the hospital.  So they knew it

23   wasn't a joking matter.  And they knew that I got a

24   concussion.  So it -- I didn't have to call, because they

25   knew I wasn't going to be there.

Page 45

```
 1              Q      Right.

 2              A      They're the one that sent me to the

 3       hospital.

 4              Q      Now, after about two years of training, you

 5       stopped training at the Power Plant full-time; is that

 6       right?

 7              A      That's right.

 8              Q      Did you have any discussions with any WCW

 9       people about reducing the time that you were going to be

10       training?

11              A      Well, I told Bud -- well, I spoke with Buddy

12       Lee Parker and I think Mike Wenners and, you know, I stated

13       to them, "Listen, I don't have any money.  My car don't run

14       off of air.  I don't have a way to eat.  My wife is footing

15       all the bills.  I got to get a job."

16                     And they all understood.  WCW wasn't paying

17       me any money.  So it was like you kick into the survival

18       mode.  So I had to survive.  And all of them said, "Well,

19       you know, I understand, but you know."  That's what they

20       said.

21              Q      So they allowed you to continue to train on

22       a part-time basis?

23              A      Yes.

24              Q      Did they, did you have any discussions about

25       how that would affect your ability to succeed as a
```

1  professional wrestler coming and training part-time?

2      A      No.  We had no discussions.  I didn't have

3  any discussions with anyone.

4      Q      When you were traveling back and forth, you

5  paid your own travel expenses; is that right?

6      A      I paid everything.

7      Q      Did you have a ring name or character?

8      A      William Worthy.

9      Q      Did you have any gimmick or special move

10  that you did or anything like that?

11      A      I lost all the time, so I didn't have

12  anything.

13      Q      Did anyone at WCW ever suggest a ring name

14  or image or matter of address for you?

15      A      Terry Taylor came up with the name William,

16  which is another name for Willie.  And they shortened my

17  last name, Worthy.  That's it.  There's no character, no

18  ring -- that's it.

19      Q      Okay.  So you decided, when you wrestled,

20  you decided what sort of ring clothes you would wear?

21      A      Yeah.  That's correct.

22      Q      And you paid for those yourself?

23      A      Yes.

24      Q      Now, at the Power Plant, the things like

25  putting up and breaking down the rings and cleaning, were

1    first group is dated October through 5th -- October 15th

2    through 18th, 1997.  Then we have one February 17, 1998.

3    Then we have April 3rd, 4th and 5th of '98.  Then June

4    26th, 27th and 28th of 1998.

5              Would those dates correspond with dates that

6    you wrestled at WCW events?

7         A    Yes.

8         Q    Are these all the events, did these

9    correspond with all the events that you wrestled or are

10   there more --

11        A    That's it.

12        Q    -- that there are not releases for?

13        A    Every time I wrestled, this is what I got.

14   That's it.

15        Q    Do you recall any dates you wrestled that

16   are not reflected on these sheets?

17        A    Not with WCW, I don't.

18        Q    Okay.  During the time period that you

19   trained at WCW, did you wrestle anywhere else outside of

20   WCW?

21        A    Well, we were encouraged by the instructors

22   to wrestle independent matches to try to improve your

23   skills.  So I wrestled in Columbus, a small show, Columbus,

24   Georgia; Douglasville; I think a couple of matches in

25   Tennessee.

Page 50

1          Q       During the time you were training at WCW,

2     approximately how many matches do you think you wrestled

3     outside the WCW?

4          A       I think it was about four matches.

5          Q       What organization did you wrestle with in

6     Columbus?

7          A       I'm not sure of the organization, but I can

8     tell you who the booker was.

9          Q       Who was the booker?

10         A       Jerry, Jerry Oates.

11         Q       Jerry Oates.  And how about in Douglasville?

12         A       I'm not sure of the booker, but that was

13    something that was set up through the school for, like,

14    trainees at the school.

15         Q       And how about when you wrestled in

16    Tennessee, who was that for?

17         A       Okay.  One of them was, I think Harrison was

18    putting, Harrison Norris, Junior was putting on a little

19    show in Tennessee.  I done that one.  And another one

20    was -- I'm not sure who it was.

21                 Excuse me.  I think there was one more I

22    did.  I think it might have been in South Carolina, an

23    independent show.  One of the trainees at the school knew

24    of a guy that was putting on a pretty good show, and he

25    asked for some of the guys at the school to go down and

Page 51

1    participate, and we did do that.

2           Q       Do you recall what you were paid for these

3    matches?

4           A       In Columbus, it was, like, $50.

5    Douglasville, I think, was around $50.  Harrison's show was

6    $25.  And I think it was $50 in South Carolina, the show we

7    did in, it was either North or South Carolina.  I'm sorry

8    if I don't recall exactly which state.

9           Q       Did you read these releases before you

10   signed them?

11          A       Yes.

12          Q       Did you understand them?

13          A       Yes.

14          Q       Did you have an opportunity to suggest any

15   changes or modifications to the releases?

16          A       No.

17          Q       Take a look at Paragraph 2.  It says,

18   "Independent contractor."  It reads "Contractor, in the

19   performance of the services agreed to herein, shall be and

20   is an independent contractor.  Both WCW and contractor

21   shall be acting in their own separate capacities and not as

22   agents, employees, partners, joint venturers or associates

23   of one another."

24               Did you understand when you signed these

25   releases that you were agreeing that you were an

Page 52

1    independent contractor and not an employee?

2          A    That is correct.

3          MS. ROTHENBERG:  Objection to the extent you're

4    calling for a legal conclusion.

5    BY MR. RICHARDSON:

6          Q    How much were you paid when you wrestled for

7    WCW?

8          A    I think they was different amounts.  I

9    think, when I -- this 10/15/97 was my very first match, if

10   I'm not mistaken, with WCW.  It was, like, I think, $150.

11         Q    Any time that you wrestled for less than

12   $150 with WCW?

13         A    No.

14         Q    What was the most you made in a match with

15   WCW?

16         A    $200, if I'm not mistaken.

17         Q    Can you tell me who you wrestled on October

18   15th of 1997?

19         A    Billy Kidman.

20         Q    Was that a televised event?

21         A    It was taped to televise on a later date.

22         Q    Where was it taped?

23         A    Dalton, Georgia.

24         Q    Do you know where it was actually televised

25   after it was taped?

Page 53

1.      A       It was televised on the Saturday Night show.

2       Q       Is that WCW Worldwide?

3       A       WCW Saturday Night.

4       Q       WCW Saturday Night.  How about on the 16th

5  of October, '97?

6       A       There, I'm not sure on that one.  None of

7  the others either.

8       Q       Okay.  Were all of the matches, were any of

9  the other matches taped?

10      A       As far as my recollection, all the matches

11  were taped.  Now, whether they was played on a later date

12  or not, I'm not sure on that.

13      Q       Did you ever wrestle at a live event for

14  WCW?

15      A       Can you explain to me what do you -- all of

16  them were live.  I mean, you had live people in the

17  audience.

18      Q       Right.  Okay.  Did you ever wrestle at a

19  house show?

20      A       No.

21      Q       Did you ever wrestle for Nitro?

22      A       No.

23      Q       Thunder?

24      A       No.

25      Q       When did you stop training at the Power

Page 54

1    Plant?

2         A      Altogether?

3         Q      Yes.

4         A      After we did the two tryout matches and -- I

5    can't give you a date because I'm not sure, but after we

6    did the two tryout matches and they moved the school, when

7    they moved the school, I wasn't allowed in the new school

8    because I wasn't on contract with WCW as an independent

9    contractor trainee employee.

10        Q      You participated in the tryout matches?

11        A      That's correct.

12        Q      How many matches were there that you

13   participated in as part of the tryout?

14        A      Two.

15        Q      And who did you wrestle with?

16        A      My first tryout match was with, this was at

17   the school now, the Power Plant, was Chip Minton.  And my

18   second tryout match was with Chad Fortune.

19        Q      Chad Fortune?

20        A      Fortune.

21        Q      Who conducted the tryout matches?

22        A      J.J. Dillon and Paul Orndorff was at the

23   school watching the talent.  It was something that they

24   corresponded with the Power Plant instructors to set up.

25        Q      Did the instructors watch also?

Page 55

1          A      Yes.

2          Q      Who were the instructors that watched?

3          A      I know Sergeant Buddy Lee Parker was there,

4     Mike Wenners.  I'm not sure whether Pez Whatley was there

5     or not.  And I'm not sure about Jody, Jody Hamilton.

6          Q      Did any of the WCW folks who observed your

7     tryout matches say anything to you about them?

8          A      You're speaking in terms of Orndorff and

9     Dillon and the instructors?

10         Q      Right.

11         A      No.

12         Q      Were you ever specifically informed that you

13    would not be signed to a contract with WCW?

14         A      Not officially informed, no.

15         Q      How did you find out?

16         A      A friend of mine's, Michael Brady, who I

17    roomed with on the trips to Florida, he called me one night

18    and said, "Willie," he said, "I got bad news, buddy."  I

19    said, "What do you mean?"  He said, "We didn't make it."

20                So I called -- he said, "I called Paul

21    Orndorff and asked Paul Orndorff, 'Did I make it?'  And

22    Paul said 'No.'"  And he said, "Then I asked him, 'I guess

23    Willie didn't make it either?'  He said, 'No.'"  That's how

24    I found out.

25         Q      And who is this that told you that?

Page 64

1     A       As far as the proper -- as far as -- how do

2     I put this?  What I said in that I still believe to be true

3     if the playing field is level and equal.  But if the

4     playing field is not level, then that's not true.

5     Q       And you believe the playing field was not

6     level?

7     A       The playing field is so tilted that you

8     could take the thirst (Phonetically) and sit on it and it

9     won't be level.

10     Q       How was the playing field not level?

11     A       The criteria for the Power Plant was

12     different for blacks than it is whites.  You got some that

13     didn't train altogether.  Whereas, the blacks was there,

14     pretty much did all the dirty work, the cleaning up, the

15     breaking down the ropes.  Anything that we were asked, we

16     did it.

17                They were all, when I say "they," the whites

18     were all, not all of them, 99 percent of them were granted

19     contracts.  They got pushes.  When I say "push," I mean the

20     company got behind them.  They got wins on national TV.

21     Whereas, the blacks lost in order to make the white guys

22     look good.  They got introductions.  Even coming to the

23     ring, they got introductions.  Whereas, the black guy

24     walked out to the ring with the referee.

25                I got one win in the 11 or 12 matches that I

Page 65

1   wrestled.  And the one win they gave me, he wound up

2   shortly thereafter was a referee in WCW on national TV.

3   And as far as I know, they never have televised the match

4   that I wrestled.  And the guy was named Johnny Boone.  He

5   was a referee.

6               The only time the white guys showed up at

7   the Power Plant, either on check day to pick up their

8   check, or they showed up when they was on contract.  I

9   mean, they took the money.  And I would have took it, too,

10  if it was offered to me.

11              But they was passing contracts out like they

12  was handing out candy.  It was just that simple.  You, I

13  mean, you come in the next day, here's another guy.  Two

14  weeks later, he on -- he's on contract.

15              Even the Nitro Girls got contract.  And I'm

16  not as athletic as they are?  The Nitro Girls, they all was

17  on contract.  Not that I'm biased against females, but I

18  can get down there and work for two years, two and a half

19  years and slave to pay my dues and can't get a job?

20              You look -- I look at David Flair, he never

21  came to the, never came to the Power Plant, not when I was

22  down there, he got a job.  He was bragging in the back at

23  one of the shows, he just bought a brand new Escalade.

24              Now, he could, there was -- it was at

25  certain matches, they were showing him how to run the

Page 69

1      Q      Do you know if he ever wrestled on Nitro or

2    Thunder?

3      A      I know he wrestled on Worldwide and Saturday

4    Night.  I'm not sure whether he wrestled Nitro and Thunder

5    or not.

6      Q      Now, Horshu, you believe he was given a

7    contract?

8      A      I know for a fact Horshu got a contract.

9      Q      You don't know how much he was paid?

10     A      It was like, it was between 75 and 85.

11     Q      Per year?

12     A      Per year.

13     Q      $85,000?

14     A      Somewhere in that neighborhood.

15     Q      Do you know if he ever wrestled on Nitro or

16   Thunder?

17     A      I'm not sure.  But he was getting the money,

18   so I got -- I don't think he cared.

19     Q      Bret Hammer, did he wrestle on Nitro or

20   Thunder?

21     A      I'm not sure whether he wrestled or not, but

22   he was on either Nitro or Thunder.  He was, like,

23   displaying his character.  They came up with a character

24   around Halloween, and he was advertising, for a movie I

25   think what it was coming up to be.  But I don't know

Page 70

1    whether he wrestled or not.  But he did wrestle on a

2    Saturday Night and Worldwide.

3          Q        Curtis White, did he ever get a contract?

4          A        He wasn't even a part of the school, but he

5    was allowed to train there.  But as far as my knowledge, he

6    didn't get a contract.

7          Q        Did he ever wrestle with WCW?

8          A        He wrestled in the school.

9          Q        In the school, but outside the school for

10   any WCW event?

11         A        I'm not, as far as my knowledge, he didn't,

12   but I'm not exactly sure on that.

13         Q        How about Spike Moore?

14         A        What are you asking?

15         Q        Did he ever get a contract?

16         A        I'm not sure.

17         Q        Do you know if he ever wrestled at a WCW

18   event?

19         A        I saw him at the events, but I'm not sure

20   whether he wrestled or not.  I know he very seldom came to

21   the school.

22         Q        And you mentioned that Curtis White, his

23   family ran a charity event?

24         A        They did a charity wrestling show, like,

25   once a year.  Because he's real close friends with Lodi.

Page 84

1    feet four, 260 pounds, and your body's not carved out of

2    granite."  So he said, "The only thing I can tell you is

3    that I would say they'll continue using you on an

4    occasional basis, but I can't see them going anywhere with

5    you."  He went on to say about two other guys he spoke up

6    for.

7           Q       What other guys did he speak up for?

8           A       Chuck Palumbo, and one other guy that was

9    acting as his tag team partner.

10          Q       O'Hare?

11          A       That could be possible.  I'm not sure of his

12   name.

13          Q       Jin Drak?

14          A       I'm not sure.

15          Q       Did anyone from WCW ever indicate to you in

16   any way that you weren't given a contract because you were

17   black?

18          A       No.

19          Q       And why do you believe it was because you

20   were black?  Well, let me ask you this.  Do you believe it

21   was because you're black?

22          A       I know it was because I was black.

23          Q       Okay.  Why do you know it was because you

24   were black?

25          A       From what we discussed earlier about the

Page 85

1    names that I gave you.  And the facts and the people

2    reflect itself.

3         Q       The rest -- the white wrestlers that we

4    talked about earlier, were any of those wrestlers more

5    qualified than you to be offered a contract?

6         A       No.

7         Q       Were some of them as qualified as you?

8         A       Which aspect are you speaking from?  And

9    what area?

10        Q       In terms of qualif -- well, let me put it to

11   you this, let me ask you this way.  Do you believe you were

12   qualified to be given a contract to be a professional

13   wrestler with WCW?

14        A       I know I was qualified.

15        Q       What about you, what qualification did you

16   believe you had?

17        A       What qualification I knew I had?

18        Q       That you had that --

19        A       Right.

20        Q       -- that made you deserving of being offered

21   a contract with WCW.

22        A       Very athletic, great body, very disciplined,

23   hard worker, can -- took constructive criticism and grew

24   from it.  I worked with anybody, never complained.  I did

25   everything they asked.  At that school, I was a model

1   trainee.

2        Q       Based on the qualifications that you've

3   stated, do you believe there are any white wrestlers who

4   were given a contract at WCW during the time you were there

5   who were as qualified as you?

6        A       I wouldn't want to speculate on their

7   qualifications.  All I can tell you is about me.  I can't

8   tell you anything about anyone else.

9        Q       Isn't it possible that WCW officials or

10  people at WCW thought that the wrestlers they offered

11  contracts to were better than you?

12       A       I can't speculate on what they thought or

13  the officials thought at WCW.

14       Q       Do you know what factors were considered at

15  WCW in deciding who to offer a contract?

16       A       Nope.

17       Q       Now, in Paragraph 46 of your complaint, it

18  also says that plaintiff refused to -- that "Defendants

19  refused to contract with plaintiff," which we talked about,

20  "and refused to provide plaintiff with opportunities for

21  advancement."

22               What opportunities for advancement, other

23  than the refusal to contract, were denied to you because of

24  your race?

25       A       Okay.  By losing all the matches, that put

Page 87

1    me in a dark light, meaning no one wants to see a loser.  I

2    mean, the more your -- my matches were very short, five

3    minutes.  I mean, that doesn't give me time to show off my

4    skills or what have you.

5              That doesn't time -- give me an opportunity

6    to promote my character and, quote, get myself over with

7    the crowd.  By losing and making a white guy look good, all

8    that does is enhances his career; whereas, it degrades my

9    career.

10        Q    Do you have videotapes of any of your

11   matches?

12        A    I have videotapes of almost all of my

13   matches, the ones that they played on television.

14        Q    Do you believe that you were instructed to

15   lose matches because you were black?

16        A    I believe?  No.  That was a fact.  They

17   instructed me to lose.

18        Q    Did anyone ever indicate to you from WCW in

19   words or otherwise that you were being told to lose because

20   you were black?

21        A    No.

22        Q    During the time that you wrestled for WCW,

23   were there any black wrestlers who were allowed to win

24   matches over white wrestlers?

25        A    I won one match.  I think we spoke of that

Page 100

1             I remember one time I came to the Power --

2     one particular time that sticks out, I came to the Power

3     Plant, we moved all kind of stuff over to another

4     building.  I didn't get a chance to do anything that day,

5     which it was many days like that.  But you know, I was just

6     trying to fit in.  I wanted a job.

7          Q     Any other persons you can tell me who you

8     believe acted intentionally discriminating against you?

9          A     As I spoke earlier, as the company itself, I

10    think that take -- covers the whole company, doesn't it?

11         Q     Let's take a look at Paragraph 47.  It

12    starts at the bottom of Page 14 and continues over to Page

13    15.  It says, "In violation of 42 USC Section 1981,

14    defendants fostered and encouraged a hostile work

15    environment wherein plaintiff and other minorities suffered

16    severe and pervasive hostility in the form of racial slurs,

17    jokes and other sanctioned debasement."

18             Were you subjected, ever subjected to a

19    racial slur?

20         A     Yes.

21         Q     When?

22         A     I just spoke of it earlier where I told you,

23    the black pole incident.

24         Q     Uh-huh.

25         A     All -- the black pole incident.  Also, when

1    I wrestled Bobby Walker and they did the videotape, the

2    voiceover, what they do is you wrestle on television, then

3    they bring the video back to Atlanta or however they do it,

4    and you have two guys watching the wrestling match whereas

5    they do the commentary of the match.  One of the announcers

6    or commentators referred to me as Willie B.

7             Q       And this is on tape?

8             A       This is on tape.

9             Q       Do you have that tape?

10            A       I have that tape.  He said Willie B.

11   Worthy.  Do you know who Willie B. is?

12            Q       Yes, I do.  Why don't you explain who Willie

13   B. is.

14            A       Okay.  At that time, Willie B. was the

15   oldest gorilla in the Atlanta Zoo.

16            Q       And you believe that this commentator was

17   making a derogatory reference to an African American

18   resembling a gorilla?

19            A       Yes.  I believe that.

20            Q       Okay.

21            A       Because they have an opportunity to go back

22   and correct the video.  They have an op -- they cut,

23   splice, whatever they do.  But they have an opportunity to

24   cover that video up if they choose to.  But they played

25   that video on national TV, him saying that.

Page 102

1      Q      Any other -- do you know who the announcer

2  was who said that?

3      A      No.  I'm not sure who the announcer was.

4      Q      Did you ever complain to anyone about that?

5      A      Well, I spoke to the instructors about it,

6  but they just laughed at it.

7      Q      Who did you talk to about it?

8      A      I told Pez.  I told Mike Wenners.  And I

9  told Sergeant Buddy Lee Parker.  I even, you know -- when I

10 told them, they just laughed about it.  I mean, they didn't

11 make a big deal out of it, they just laughed about it.

12     Q      Now, you mentioned to me what Buddy Lee

13 Parker said to you about the reference to black pole.  Any

14 other racial references that were directed toward you while

15 you were at WCW?

16     MS. ROTHENBERG:  Other than the Willie B. incident

17 as well?

18     MR. RICHARDSON:  Other than what we've already

19 testified.  I said any other.

20     THE WITNESS:  Well, there are a lot of other racial

21 derogatory things that happened.  They wasn't particularly

22 directed at me.

23 BY MR. RICHARDSON: ·

24     Q      Tell me what -- tell me some of the racially

25 derogatory things you witnessed that weren't specifically

Page 103

1    directed toward you.

2          A      Well, I witnessed Marcus Bagwell come on

3    television while I'm training at the Power Plant painted in

4    blackface, had his own face painted black.  Now, here I am

5    a black man, and there's a white man on TV mocking the

6    African American race.  I witnessed Ric Flair get on TV and

7    make some kind of derogatory comment about African

8    Americans during his promo.

9          Q      Do you remember what that comment was?

10         A      No, I don't.

11         Q      Do you know if anyone at WCW took any action

12   against Marc Bagwell or Ric Flair for making those remarks?

13         A      No, I don't.  But I do know that they ran

14   that piece that Marcus Bagwell with the blackface

15   continually for a promotional event that was coming up.

16   Now, I don't know whether it was a pay-per-view or what,

17   but they continued to run it.

18         Q      And do you know if anyone complained about

19   that piece with Marcus Bagwell?

20         A      No, I don't.

21         Q      Did you?

22         A      Bagwell?

23         Q      Yes.  Did you complain about it?

24         A      I said something to the students about it.

25   I said something to Pez and all them about it.  But like I

1    said, they was underneath the company.  What could they

2    say?  If -- I don't know whether they said anything or not.

3         Q     You talked to the trainers, all the trainers

4    about it?

5         A     I just basically said, "Did you see what

6    Bagwell did last night?  Did you see how he looked?"  They

7    started laughing.

8         Q     Who did you say that to?

9         A     I said it to all the instructors.

10         Q     What other racial comments did you witness

11   while you were at WCW?

12         A     As far as me witnessing, I think that was

13   about it as far as me witnessing it.  If any other was

14   said, they said it under their breath.  They didn't tell me

15   about it.  But I think there were other racial comments

16   that were made.

17         Q     Did you ever witness any other wrestlers

18   complaining about jokes or racial comments being directed

19   at them?

20         A     I know one particular wrestler complained a

21   lot about -- now, I'm not sure who he -- at liberty to say

22   who he complained to.  But Rocky King, he complained that

23   Doug Dillinger called him the "N" word backstage at one of

24   the events.

25         Q     Did anyone ever call you the "N" word?

Page 105

1       A       Not to my knowledge, they didn't.  I can't

2  say whether they did it behind my back, but not to my face.

3       Q       Did you ever hear anyone use it at WCW?

4       A       No.  I didn't hear it.

5       Q       It says here at Paragraph 47, "Defendants

6  fostered and encouraged a hostile work environment."  How

7  did, how was the, this hostile work environment fostered or

8  encouraged by WCW?

9       A       I think they encouraged the whites to brag

10 about, basically about they got a contract.  They all

11 bragged to me about it.  I mean, you know, to make us look

12 bad, to make the African Americans feel less than a man, to

13 feel beneath them.  I mean, they were getting all the money

14 and we wasn't getting anything.

15      Q       Let me make sure --

16      A       Basically --

17      Q       I'm sorry.

18      A       Go ahead.  I'm sorry.

19      Q       Let me make sure I'm clear.  Are you saying

20 that just by giving, by the giving of the contracts to

21 white wrestlers, it encouraged them?  Or are you saying

22 that WCW somehow told them or instructed them to talk about

23 their contracts?

24      A       I'm saying that I think WCW may have told

25 them to talk about their contracts.  They were so willing

1    to tell about what they made, to show me -- showing us the

2    checks of what they was getting.  I mean, you know, if that

3    was me, I wouldn't have done that.  I think your

4    compensation is personal.

5            Q      Who at WCW fostered or told them to talk

6    about their contracts?

7            A      I couldn't even answer, begin to answer

8    that.  I don't know.

9            Q      Other than what we've talked about,

10   referring to the racial comments that we've already

11   discussed, in what other way was your work environment

12   hostile?

13           A      To come in to work and know that you weren't

14   one of the elite, to know that your first duties of the day

15   is to clean up all that crap, to watch the white guys

16   refuse to do it, to listen to how they, you know, talked to

17   each other and, like, divided you up into groups, white,

18   black, the tension that was there, knowing that, you know,

19   you wasn't going to be a company guy, that you wasn't one

20   of the chosen ones, I mean, it made us inferior and less

21   than a man and less than a person to even be around them.

22                  But I chose to contain the calm, because I

23   wasn't, at that point, I felt I wasn't going to let them

24   steal my dream.  I mean, the Willie B. incident, I mean,

25   for someone to refer to me as Willie B. and knowing that I

Page 109

1    when you were wrestling in the ring according to some

2    negative racial stereotype?

3         A       They just told me to lose.

4         Q       Looking down a little bit farther on Page 15

5    of your complaint, there's a Count 2 here that says,

6    "Intentional infliction of emotional distress."

7                 Is this claim based on the same facts as

8    your claim for age discrimination?

9         A       For?

10        Q       You have a claim here that WCW intentionally

11   inflicted emotional distress --

12        A       Uh-huh.

13        Q       -- on you.

14        A       Uh-huh.

15        Q       The conduct that you're complaining about,

16   is it the same conduct that we've just talked about, that

17   we've been talking about here today, or is there something

18   else --

19        A       Pretty much.

20        Q       -- that they did?

21        A       Well, they basically had me on hold.  I kept

22   getting strung along as far as I kept getting all the

23   compliments to hold on, the compliment that Bill Goldberg

24   said Terry Taylor said, well, they're going to do something

25   with me, meaning they're going to give me a contract.

Page 114

1          A          I started counting my time when I left home,

2    because they told me to be there every day.  I left home

3    every morning about, it takes me about two hours to get to

4    Atlanta and two hours to get back.

5                    As I spoke earlier, it was a 214 mile --

6    204 -- exactly 214 miles from my doorstep to the Power

7    Plant on Howell Mill Road at that time when it was over on

8    Howell Mill Road.  They told me to be there every day.  So

9    if you, you figure the ten hours, from 10:00 o'clock to

10   4:00 o'clock, I mean, you put in four more hours for

11   driving time, then yeah.

12                   Because they told me to be there every day.

13   You cannot -- they specifically said, "You cannot learn how

14   to wrestle coming here once or twice a week.  You got to be

15   here every day."

16        Q          I'm sorry.  Tell me again how much time was

17   travel time out of each day.

18        A          Four hours, two hours up here and two hours

19   back, if the traffic was good.

20        Q          Not including travel time, did you ever

21   train more than 40 hours a week?

22        A          Well, it's 10:00 to 4:00.

23        Q          Six.

24        A          I would say no, then.

25        Q          Okay.  We talked a little bit about before

Page 115

1    what qualities a person would need to be a -- to be

2    qualified to receive a contract with WCW.

3          A      Uh-huh.

4          Q      Do you believe a person needs to possess

5    good speaking ability?

6          A      I think that would be one of the

7    characteristics.

8          Q      Do you think they need to be a decent actor?

9          A      A great actor, pretty good actor.

10         Q      Why do they need to be a pretty good actor?

11         A      Because you have to convey to the crowd what

12   the other wrestler is doing to you.  The only way the crowd

13   can relate to you is your face, pretty much your body

14   language and facial expression.  That's the only way they

15   can visualize what you're going through in a match, your

16   reaction.

17                You have to convey to that crowd that what

18   the other guy is doing to you is real, as if you got to put

19   into them that they can feel what you feel.  And that comes

20   through hard work and the teaching from the school to get

21   that down pat.

22         Q      How about mike skills, being able to speak

23   on the microphone, did you get any instruction or training

24   at WCW about that?

25         A      I got, I didn't even get to that point.  All

1    I had was go in there and lay down and make this white guy

2    look good.

3          Q     Did any of the trainees get to the point,

4    did you ever see anyone training that got --

5          A     No one was --

6          Q     -- mike skills?

7          A     Excuse me.  I'm sorry.

8          Q     That's all right.  I was trailing off

9    there.  Did you see, did you ever see anyone at WCW while

10   you were training get training in mike skills, speaking in

11   front of --

12         A     If I'm not --

13         Q     -- the camera?

14         A     If I'm not mistaken, no one trained as far

15   as mike skills.  But some of the athletes, one in

16   particular, did get an opportunity to speak on television a

17   lot.  And that, all that did was enhance his character.

18         Q     Who was that?

19         A     Mike Sanders.

20         Q     Do you know of any black wrestlers who got a

21   chance to speak on camera?

22         A     No.

23         Q     Do you think the ability to speak on camera

24   is an important skill for a professional wrestler to have?

25         MS. ROTHENBERG:  Asked and answered.  Objection.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIAL DAVIS,                          )
                                        )
                 Plaintiff,             )
                                        )      CIVIL ACTION FILE
v.                                      )
                                        )      NO. 1:00-CV-1716-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and                )
TURNER BROADCASTING SYSTEM, INC.   )
                                        )
                 Defendants.            )


CERTIFICATE OF SERVICE

   I hereby certify that I have this day served a copy of

**DEFENDANTS' APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS** upon

the interested parties by hand delivery to:

                 Cary Ichter
                 Kelly Jean Beard
                 Charles Gernazian
                 Michelle M. Rothenberg-Williams
                 MEADOWS, ICHTER AND BOWERS, P.C.
                 Fourteen Piedmont Center, Suite 1100
                 3535 Piedmont Road
                 Atlanta, GA  30305

This 8th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577


TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1097717_1.DOC